FILED
5/20/21 10:49 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:                                              :
                                                    :
   **Gary J. Griser and**                         :    Bankruptcy No. 21-21145-JAD
   **Maria F. Griser,**                           :
       **Debtors**                            :    **Chapter 13**
                                                    :
   **Gary J. Griser and**                         :    Related to ECF No. 11
   **Maria F. Griser,**                           :
       **Movants**                            :
                                                    :
vs.                                                 :
                                                    :
   **Ronda J. Winnecour, Esquire**                :
   **Chapter 13 Trustee,**                        :
       **Respondent**                         :

## ORDER

**AND NOW**, on this 20th day of May, 2021, upon consideration of the Motion of the above-referenced Debtors, praying for an extension of time within which to Complete the Bankruptcy Filing, and it appearing from the Motion that good cause exists for granting the relief prayed. It is hereby:

**ORDERED, ADJUDGED and DECREED** that the time for the Debtors to file their Chapter 13 Petition, Chapter 13 Plan, Schedules, and Pay Advices be hereby extended to and including **June 1, 2021**.

BY THE COURT:

_____  mas
Hon. Jeffery A. Deller
United States Bankruptcy Judge

CASE ADMINISTRATOR SHALL SERVE:
   Gary J. and Maria F. Griser
   Lawrence W. Willis, Esquire
   Ronda J. Winnecour, Esquire
   Office of United States Trustee

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Gary J. Griser  
Maria F. Griser  
    Debtors

Case No. 21-21145-JAD  
Chapter 13

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: nsha | Page 1 of 2 |
| Date Rcvd: May 20, 2021 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 22, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | + Gary J. Griser, Maria F. Griser, 119 N. Hitchman Street, Mount Pleasant, PA 15666-1503 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: May 22, 2021    Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 20, 2021 at the address(es) listed below:

**Name**    **Email Address**

Lawrence W. Willis  
    on behalf of Debtor Gary J. Griser ecf@westernpabankruptcy.com urfreshstrt@gmail.com;willislr88866@notify.bestcase.com

Lawrence W. Willis  
    on behalf of Joint Debtor Maria F. Griser ecf@westernpabankruptcy.com urfreshstrt@gmail.com;willislr88866@notify.bestcase.com

Maria Miksich  
    on behalf of Creditor PENNYMAC LOAN SERVICES  LLC mmiksich@kmllawgroup.com

Office of the United States Trustee  
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour  
    cmecf@chapter13trusteewdpa.com

District/off: 0315-2                    User: nsha                              Page 2 of 2
Date Rcvd: May 20, 2021              Form ID: pdf900                      Total Noticed: 1
TOTAL: 5