# United States Bankruptcy Court
## Western District of Pennsylvania

In re: **Gary J. Griser, Maria F. Griser**, Debtor(s)

Case No. **21-21145**
Chapter **7**

## PAYMENT ADVICES COVER SHEET
## UNDER 11 U.S.C. § 521(a)(1)(B)(iv)

I, **Gary J. Griser**, declare under penalty of perjury that the foregoing is true and correct (CHECK ONE OF THESE BOXES):

- [x] I have not been employed by any employer within the 60 days before the date of the filing of the petition.
- [ ] I was employed by an employer within 60 days before the date I filed my bankruptcy petition, but I have not received payment advices or other evidence of payment because
- [ ] I have received payment advices or other evidence of payment within 60 days before the date I filed my bankruptcy petition from any employer, and they are attached.

I, **Maria F. Griser**, declare under penalty of perjury that the foregoing is true and correct (CHECK ONE OF THESE BOXES):

- [ ] I have not been employed by any employer within the 60 days before the date of the filing of the petition.
- [ ] I was employed by an employer within 60 days before the date I filed my bankruptcy petition, but I have not received payment advices or other evidence of payment because
- [x] I have received payment advices or other evidence of payment within 60 days before the date I filed my bankruptcy petition from any employer, and they are attached.

Date **June 18, 2021**    Signature **/s/ Gary J. Griser**
Gary J. Griser
Debtor

Date **June 18, 2021**    Signature **/s/ Maria F. Griser**
Maria F. Griser
Joint Debtor

# USPS Employee Earnings Statement

## Employee Information

| | | | |
|---|---|---|---|
| **Employee:** | MARIA F BETZIG GRISER | **Employee ID:** | 04200077 |
| **Finance Number:** | 41-5688 | **Pay Location:** | 000 |
| **Pay Period:** | 09-2021 | **Pay Date:** | 04/30/21 |
| **Inclusive Dates:** | 04/10/21 - 04/23/21 | | |

**Net Pay:** $1,029.58

## Paid Hours

| Pay Period | Week | RSC | Level | Step | Des Act | Salary Rate | Code | Description | Hours | Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| 09-21 | 1 | P | 06 | D | 110 | 53,260 | 52 | WORK HOURS | 40.00 | 1,024.23 |
| 09-21 | 1 | P | 06 | D | 110 | 53,260 | 53 | OVERTIME HOURS | .33 | 12.67 |
| 09-21 | 1 | P | 06 | D | 110 | 53,260 | 54 | NIGHT WORK PREM HOURS | 5.79 | 7.24 |
| 09-21 | 1 | | | | | | | FLSA | | .03 |
| 09-21 | 2 | P | 06 | D | 110 | 53,260 | 52 | WORK HOURS | 23.11 | 591.75 |
| 09-21 | 2 | P | 06 | D | 110 | 53,260 | 54 | NIGHT WORK PREM HOURS | 3.49 | 4.36 |
| 09-21 | 2 | P | 06 | D | 110 | 53,260 | 56 | SICK LEAVE | 16.89 | 432.48 |
| | | | | | | | | **Total Hours Gross Pay:** | | 2,072.76 |

## Leave & Retirement Information

| Category: 6.00 | Annual Leave | |
|---|---|---|
| | Leave Computation Date: 12/13/14 | |
| AL Prior Year Balance | | 12.02 |
| AL Maximum Carryover | | 520.00 |
| AL Carried over from Prior Year | | 12.02 |
| + AL Earned YTD | | 48.00 |
| + AL Holiday Earned YTD | | .00 |
| - AL Used YTD | | 18.03 |
| = Earned Annual Leave Balance | | 41.99 |
| + AL Advanced YTD | | 112.00 |
| = Available AL Balance | | **153.99** |
| AL Used this Pay Period | | .00 |

| Category: 4.00 | Sick Leave | |
|---|---|---|
| SL Prior Year Balance | | 451.18 |
| + SL Earned YTD | | 32.00 |
| - SL Used YTD | | 44.07 |
| = Current SL Balance | | **439.11** |
| SL Used this Pay Period | | 16.89 |

| | Other Leave | |
|---|---|---|
| | Leave Without Pay (LWOP) | |
| Pay Period LWOP | | .00 |
| Calendar LWOP YTD | | .00 |
| Leave Increment LWOP | | .00 |

| | Retirement | | |
|---|---|---|---|
| YTD: | 799.22 | Total: | 11,326.32 |

| | FERS USPS Thrift Contributions | | |
|---|---|---|---|
| PP 1%: | 20.48 | YTD USPS 1%: | 181.62 |
| PP Match: | 81.93 | YTD Matching: | 726.53 |

| | Insurance Income | | |
|---|---|---|---|
| Pay Period: | .42 | YTD: | 3.08 |

| Earnings Statement Messages |
|---|
| No messages |

## Additional Pay & Other Compensation

Additional Income

| Description | Amount | |
|---|---|---|
| | Pay Period | YTD |
| Total Additional Pay / Other Compensation: | .00 | .00 |
| Total Adjustments Gross: | .00 | .00 |
| **Total Gross Pay:** | $2,072.76 | $20,047.92 |

2/3

## Deductions

| Description | Amount | |
|---|---|---|
| | Pay Period | YTD |
| Retirement: FERS - Ret-FICA Code E | 90.13 | 799.22 |
| Social Security | 112.00 | see YTD below |
| Medicare | 26.19 | see YTD below |
| Federal Tax: S 00 | 138.91 | 1,449.82 |
| Health Plan Pre-tax: (Family) 472 A P W U Health Plan | 266.30 | 2,380.76 |
| State Income Tax: PA M 00 | 55.46 | 542.40 |
| Social Security (deducted on Ins Income) | .02 | 1,095.55 |
| Medicare (deducted on Ins Income) | .01 | 256.22 |
| Thrift Savings Plan (TSP): 5% - (Regular) | 102.42 | 908.23 |
| Thrift Savings Plan (TSP): $ - (Roth) | 10.00 | 90.00 |
| Union Dues: W | 29.36 | 264.24 |
| Union Dues: P | 2.38 | 21.42 |
| Union Sponsored Plan: VBP | 10.00 | 90.00 |
| Allotment | 200.00 | 1,800.00 |
| **Total Current Pay Period Deductions:** | 1,043.18 | |
| **Total Adjustments Deductions:** | .00 | |
| **Total Deductions:** | $1,043.18 | $9,697.86 |
| **Net Pay (Net To Bank):** | $1,029.58 | $10,350.06 |

## Adjustments

No adjustments for this pay period

# USPS Employee Earnings Statement

## Employee Information

| | | | |
|---|---|---|---|
| **Employee:** | MARIA F BETZIG GRISER | **Employee ID:** | 04200077 |
| **Finance Number:** | 41-5688 | **Pay Location:** | 000 |
| **Pay Period:** | 08-2021 | **Pay Date:** | 04/16/21 |
| **Inclusive Dates:** | 03/27/21 - 04/09/21 | | |

**Net Pay:** $1,316.13

## Paid Hours

| Pay Period | Week | RSC | Level | Step | Des Act | Salary Rate | Code | Description | Hours | Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| 08-21 | 1 | P | 06 | D | 110 | 53,260 | 52 | WORK HOURS | 37.00 | 947.41 |
| 08-21 | 1 | P | 06 | D | 110 | 53,260 | 53 | OVERTIME HOURS | 8.00 | 307.27 |
| 08-21 | 1 | P | 06 | D | 110 | 53,260 | 54 | NIGHT WORK PREM HOURS | 8.53 | 10.66 |
| 08-21 | 1 | P | 06 | D | 110 | 53,260 | 55 | ANNUAL LEAVE | 3.00 | 76.82 |
| 08-21 | 1 | | | | | | | FLSA | | .00 |
| 08-21 | 2 | P | 06 | D | 110 | 53,260 | 52 | WORK HOURS | 40.00 | 1,024.23 |
| 08-21 | 2 | P | 06 | D | 110 | 53,260 | 53 | OVERTIME HOURS | 1.94 | 74.51 |
| 08-21 | 2 | P | 06 | D | 110 | 53,260 | 54 | NIGHT WORK PREM HOURS | 5.98 | 7.48 |
| 08-21 | 2 | | | | | | | FLSA | | .17 |
| | | | | | | | | **Total Hours Gross Pay:** | | 2,448.55 |

## Leave & Retirement Information

| Category: 6.00 | Annual Leave | |
|---|---|---|
| Leave Computation Date: 12/13/14 | | |
| AL Prior Year Balance | | 12.02 |
| AL Maximum Carryover | | 520.00 |
| AL Carried over from Prior Year | | 12.02 |
| + AL Earned YTD | | 42.00 |
| + AL Holiday Earned YTD | | .00 |
| - AL Used YTD | | 18.03 |
| = Earned Annual Leave Balance | | 35.99 |
| + AL Advanced YTD | | 118.00 |
| = Available AL Balance | | **153.99** |
| AL Used this Pay Period | | 3.00 |

| Category: 4.00 | Sick Leave | |
|---|---|---|
| SL Prior Year Balance | | 451.18 |
| + SL Earned YTD | | 28.00 |
| - SL Used YTD | | 27.18 |
| = Current SL Balance | | **452.00** |
| SL Used this Pay Period | | .00 |

### Other Leave

**Leave Without Pay (LWOP)**

| | |
|---|---|
| Pay Period LWOP | .00 |
| Calendar LWOP YTD | .00 |
| Leave Increment LWOP | .00 |

### Retirement

| YTD: | 709.09 | Total: | 11,326.32 |
|---|---|---|---|

**FERS USPS Thrift Contributions**

| PP 1%: | 20.48 | YTD USPS 1%: | 161.14 |
|---|---|---|---|
| PP Match: | 81.93 | YTD Matching: | 644.60 |

**Insurance Income**

| Pay Period: | .42 | YTD: | 2.66 |
|---|---|---|---|

### Earnings Statement Messages

No messages

## Additional Pay & Other Compensation

Additional Income

| Description | Amount | |
|---|---|---|
| | Pay Period | YTD |
| Total Additional Pay / Other Compensation: | .00 | .00 |
| Total Adjustments Gross: | .00 | .00 |
| **Total Gross Pay:** | $2,448.55 | $17,975.16 |

## Deductions

| Description | Amount Pay Period | YTD |
|---|---|---|
| Retirement: FERS - Ret-FICA Code E | 90.13 | 709.09 |
| Social Security | 135.30 | see YTD below |
| Medicare | 31.64 | see YTD below |
| Federal Tax: S 00 | 187.85 | 1,310.91 |
| Health Plan Pre-tax: (Family) 472 A P W U Health Plan | 266.30 | 2,114.46 |
| State Income Tax: PA M 00 | 67.00 | 486.94 |
| Social Security (deducted on Ins Income) | .03 | 983.53 |
| Medicare (deducted on Ins Income) | .01 | 230.02 |
| Thrift Savings Plan (TSP): 5% - (Regular) | 102.42 | 805.81 |
| Thrift Savings Plan (TSP): $ - (Roth) | 10.00 | 80.00 |
| Union Dues: W | 29.36 | 234.88 |
| Union Dues: P | 2.38 | 19.04 |
| Union Sponsored Plan: VBP | 10.00 | 80.00 |
| Allotment | 200.00 | 1,600.00 |
| Total Current Pay Period Deductions: | 1,132.42 | |
| Total Adjustments Deductions: | .00 | |
| Total Deductions: | $1,132.42 | $8,654.68 |
| Net Pay (Net To Bank): | $1,316.13 | $9,320.48 |

## Adjustments

No adjustments for this pay period

3/3

# USPS Employee Earnings Statement

## Employee Information

| | | | |
|---|---|---|---|
| Employee: | MARIA F BETZIG GRISER | Employee ID: | 04200077 |
| Finance Number: | 41-5688 | Pay Location: | 000 |
| Pay Period: | 07-2021 | Pay Date: | 04/02/21 |
| Inclusive Dates: | 03/13/21 - 03/26/21 | | |

**Net Pay:** $1,082.87

## Paid Hours

| Pay Period | Week | RSC | Level | Step | Des Act | Salary Rate | Code | Description | Hours | Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| 07-21 | 1 | P | 06 | D | 110 | 53,260 | 52 | WORK HOURS | 40.00 | 1,024.23 |
| 07-21 | 1 | P | 06 | D | 110 | 53,260 | 54 | NIGHT WORK PREM HOURS | 5.82 | 7.28 |
| 07-21 | 2 | P | 06 | D | 110 | 53,260 | 52 | WORK HOURS | 39.91 | 1,021.93 |
| 07-21 | 2 | P | 06 | D | 110 | 53,260 | 53 | OVERTIME HOURS | 2.05 | 78.74 |
| 07-21 | 2 | P | 06 | D | 110 | 53,260 | 54 | NIGHT WORK PREM HOURS | 5.79 | 7.24 |
| 07-21 | 2 | P | 06 | D | 110 | 53,260 | 55 | ANNUAL LEAVE | .09 | 2.30 |
| 07-21 | 2 | | | | | | | FLSA | | .00 |
| | | | | | | | | **Total Hours Gross Pay:** | | 2,141.72 |

## Leave & Retirement Information

| Category: 6.00 | Annual Leave | |
|---|---|---|
| | Leave Computation Date: 12/13/14 | |
| AL Prior Year Balance | | 12.02 |
| AL Maximum Carryover | | 520.00 |
| AL Carried over from Prior Year | | 12.02 |
| + AL Earned YTD | | 36.00 |
| + AL Holiday Earned YTD | | .00 |
| − AL Used YTD | | 15.03 |
| = Earned Annual Leave Balance | | 32.99 |
| + AL Advanced YTD | | 124.00 |
| = Available AL Balance | | **156.99** |
| AL Used this Pay Period | | .09 |

| Category: 4.00 | Sick Leave | |
|---|---|---|
| SL Prior Year Balance | | 451.18 |
| + SL Earned YTD | | 24.00 |
| − SL Used YTD | | 27.18 |
| = Current SL Balance | | **448.00** |
| SL Used this Pay Period | | .00 |

### Other Leave

### Leave Without Pay (LWOP)

| | |
|---|---|
| Pay Period LWOP | .00 |
| Calendar LWOP YTD | .00 |
| Leave Increment LWOP | .00 |

### Retirement

| | | | |
|---|---|---|---|
| YTD: | 618.96 | Total: | 11,326.32 |

### FERS USPS Thrift Contributions

| | | | |
|---|---|---|---|
| PP 1%: | 20.48 | YTD USPS 1%: | 140.66 |
| PP Match: | 81.93 | YTD Matching: | 562.67 |

### Insurance Income

| | | | |
|---|---|---|---|
| Pay Period: | .42 | YTD: | 2.24 |

### Earnings Statement Messages
No messages

## Additional Pay & Other Compensation

Additional Income

| Description | Amount | |
|---|---|---|
| | Pay Period | YTD |
| Total Additional Pay / Other Compensation: | .00 | .00 |
| Total Adjustments Gross: | .00 | .00 |
| Total Gross Pay: | $2,141.72 | $15,526.61 |

## Deductions

| Description | Amount | |
|---|---|---|
| | Pay Period | YTD |
| Retirement: FERS - Ret-FICA Code E | 90.13 | 618.96 |
| Social Security | 116.28 | see YTD below |
| Medicare | 27.19 | see YTD below |
| Federal Tax: S 00 | 147.18 | 1,123.06 |
| Health Plan Pre-tax: (Family) 472 A P W U Health Plan | 266.30 | 1,848.16 |
| State Income Tax: PA M 00 | 57.58 | 419.94 |
| Social Security (deducted on Ins Income) | .02 | 848.20 |
| Medicare (deducted on Ins Income) | .01 | 198.37 |
| Thrift Savings Plan (TSP): 5% - (Regular) | 102.42 | 703.39 |
| Thrift Savings Plan (TSP): $ - (Roth) | 10.00 | 70.00 |
| Union Dues: W | 29.36 | 205.52 |
| Union Dues: P | 2.38 | 16.66 |
| Union Sponsored Plan: VBP | 10.00 | 70.00 |
| Allotment | 200.00 | 1,400.00 |
| **Total Current Pay Period Deductions:** | 1,058.85 | |
| **Total Adjustments Deductions:** | .00 | |
| **Total Deductions:** | $1,058.85 | $7,522.26 |
| **Net Pay (Net To Bank):** | $1,082.87 | $8,004.35 |

## Adjustments

No adjustments for this pay period

# USPS Employee Earnings Statement

## Employee Information

| | | | |
|---|---|---|---|
| Employee: | MARIA F BETZIG GRISER | Employee ID: | 04200077 |
| Finance Number: | 41-5688 | Pay Location: | 000 |
| Pay Period: | 06-2021 | Pay Date: | 03/19/21 |
| Inclusive Dates: | 02/27/21 - 03/12/21 | | |

**Net Pay:** $1,190.87

## Paid Hours

Paid Hours

| Pay Period | Week | RSC | Level | Step | Des Act | Salary Rate | Code | Description | Hours | Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| 06-21 | 1 | P | 06 | D | 110 | 53,260 | 52 | WORK HOURS | 40.00 | 1,024.23 |
| 06-21 | 1 | P | 06 | D | 110 | 53,260 | 53 | OVERTIME HOURS | 3.74 | 143.65 |
| 06-21 | 1 | P | 06 | D | 110 | 53,260 | 54 | NIGHT WORK PREM HOURS | 6.03 | 7.54 |
| 06-21 | 1 | | | | | | | FLSA | | .31 |
| 06-21 | 2 | P | 06 | D | 110 | 53,260 | 52 | WORK HOURS | 33.19 | 849.86 |
| 06-21 | 2 | P | 06 | D | 110 | 53,260 | 53 | OVERTIME HOURS | 1.93 | 74.13 |
| 06-21 | 2 | P | 06 | D | 110 | 53,260 | 54 | NIGHT WORK PREM HOURS | 5.90 | 7.38 |
| 06-21 | 2 | P | 06 | D | 110 | 53,260 | 55 | ANNUAL LEAVE | 4.06 | 103.96 |
| 06-21 | 2 | P | 06 | D | 110 | 53,260 | 56 | SICK LEAVE | 2.75 | 70.42 |
| | | | | | | | | **Total Hours Gross Pay:** | | 2,281.48 |

## Leave & Retirement Information

| Category: 6.00 | Annual Leave | |
|---|---|---|
| Leave Computation Date: 12/13/14 | | |
| AL Prior Year Balance | | 12.02 |
| AL Maximum Carryover | | 520.00 |
| AL Carried over from Prior Year | | 12.02 |
| + AL Earned YTD | | 30.00 |
| + AL Holiday Earned YTD | | .00 |
| - AL Used YTD | | 14.94 |
| = Earned Annual Leave Balance | | 27.08 |
| + AL Advanced YTD | | 130.00 |
| = Available AL Balance | | **157.08** |
| AL Used this Pay Period | | 4.06 |

| Category: 4.00 | Sick Leave | |
|---|---|---|
| SL Prior Year Balance | | 451.18 |
| + SL Earned YTD | | 20.00 |
| - SL Used YTD | | 27.18 |
| = Current SL Balance | | **444.00** |
| SL Used this Pay Period | | 2.75 |

### Other Leave

#### Leave Without Pay (LWOP)

| | | |
|---|---|---|
| Pay Period LWOP | | .00 |
| Calendar LWOP YTD | | .00 |
| Leave Increment LWOP | | .00 |

### Retirement

| | | | |
|---|---|---|---|
| YTD: | 528.83 | Total: | 11,326.32 |

### FERS USPS Thrift Contributions

| | | | |
|---|---|---|---|
| PP 1%: | 20.48 | YTD USPS 1%: | 120.18 |
| PP Match: | 81.93 | YTD Matching: | 480.74 |

### Insurance Income

| | | | |
|---|---|---|---|
| Pay Period: | .42 | YTD: | 1.82 |

### Earnings Statement Messages

CONTRACTUAL INCREASE

## Additional Pay & Other Compensation

### Additional Income

| Description | Amount | |
|---|---|---|
| | Pay Period | YTD |
| Total Additional Pay / Other Compensation: | .00 | .00 |
| Total Adjustments Gross: | .00 | .00 |
| Total Gross Pay: | $2,281.48 | $13,384.89 |

## Deductions

| Description | Amount Pay Period | YTD |
|---|---|---|
| Retirement: FERS - Ret-FICA Code E | 90.13 | 528.83 |
| Social Security | 124.94 | see YTD below |
| Medicare | 29.22 | see YTD below |
| Federal Tax: S 00 | 163.95 | 975.88 |
| Health Plan Pre-tax: (Family) 472 A P W U Health Plan | 266.30 | 1,581.86 |
| State Income Tax: PA M 00 | 61.87 | 362.36 |
| Social Security (deducted on Ins Income) | .03 | 731.90 |
| Medicare (deducted on Ins Income) | .01 | 171.17 |
| Thrift Savings Plan (TSP): 5% - (Regular) | 102.42 | 600.97 |
| Thrift Savings Plan (TSP): $ - (Roth) | 10.00 | 60.00 |
| Union Dues: W | 29.36 | 176.16 |
| Union Dues: P | 2.38 | 14.28 |
| Union Sponsored Plan: VBP | 10.00 | 60.00 |
| Allotment | 200.00 | 1,200.00 |
| **Total Current Pay Period Deductions:** | 1,090.61 | |
| **Total Adjustments Deductions:** | .00 | |
| **Total Deductions:** | $1,090.61 | $6,463.41 |
| **Net Pay (Net To Bank):** | $1,190.87 | $6,921.48 |

## Adjustments

No adjustments for this pay period