## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | **Case No. 21-21145-JAD** |
| | : | |
| **Gary J. Griser and** | : | |
| **Maria F. Griser,** | : | **Chapter 7** |
| **Debtors** | : | |
| | : | |
| | : | |
| | : | |
| **Gary J. Griser and** | : | **Related to Document No. 23** |
| **Maria F. Griser,** | : | |
| **Movants** | : | |
| | : | **Hearing Date and Time:** |
| **v.** | : | **August 18, 2021 at 10:00 AM** |
| | : | |
| **No Respondents** | : | |

### CERTIFICATE OF SERVICE

I, the undersigned, certify under penalty of perjury that I served the *Order Dated June 21, 2021 (Order Converting Case to Chapter 7),* on the parties at the addresses specified below or on the attached list. The type(s) of service made on the parties first class mail, hand delivery, or facsimile):

Dated June 22, 2021

/s/ Lawrence W. Willis
Lawrence W. Willis, Esquire
PA I.D. # 85299
Willis & Associates
201 Penn Center Blvd
Pittsburgh, PA 15235
Tel: 412.235.1721
Fax: 412.542.1704

MATRIX

Gary & Maria Griser
119 N. Hitchman Street
Mount Pleasant, PA 15666

Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219-2702

Charles O. Zebley, Jr.
P.O. Box 2124
Uniontown, PA 15401

Aaa Debt Rec
Pob 129
Monroeville, PA 15146

Affirm Inc
650 California St Fl 12
San Francisco, CA 94108

Avant
222 N. Lasalle St
Chicago, IL 60601

Capital One Bank Usa N
15000 Capital One Dr
Richmond, VA 23238

Cb Indigo/gf
Po Box 4499
Beaverton, OR 97076

Ccs/first National Ban
500 East 60th St North
Sioux Falls, SD 57104

Ccs/first Savings Bank
500 East 60th St North
Sioux Falls, SD 57104

Clearview Federal Cu
8805 University Blvd
Coraopolis, PA 15108

Cleveland Brother
4565 William Penn Highway
Murrysville, PA 15668

Comenity Bank/gnteagle
Po Box 182789
Columbus, OH 43218

Comenitybank/victoria
Po Box 182789
Columbus, OH 43218

Community Bank
Rj Sommers Operations Center
Waynesburg, PA 15370

Credit Coll/usa
16 Distributor Dr Ste 1
Morgantown, WV 26501

Credit Collection Serv
Po Box 607
Norwood, MA 02062
20-20111

Credit One Bank Na
Po Box 98875
Las Vegas, NV 89193

Credit Protection Asso
One Galleria Tower
Dallas, TX 75240

Dept Of Education/neln
Po Box 82561
Lincoln, NE 68501

Discover Fin Svcs Llc
Pob 15316
Wilmington, DE 19850

Enhanced Recovery Co L
8014 Bayberry Rd
Jacksonville, FL 32256

Eos Cca
Po Box 981008
Boston, MA 02298

F N B Cons Disc Co
6291 State Route 30
Greensburg, PA 15601

Fairville
4 Hillman
Chadds Ford, PA 19317

First Premier Bank
3820 N Louise Ave
Sioux Falls, SD 57107

I.c. System, Inc
Po Box 64378
Saint Paul, MN 55164

Internal Revenue Service
Insolvency Unit
PO Box 7346
Philadelphia, PA 19101

Internal Revenue Service
Insolvency Unit
PO Box 628
Pittsburgh, PA 15230

Internal Revenue Service
William S. Moorehead Federal
Building
1000 Liberty Avenue
Room 727
Pittsburgh, PA 15222

Jefferson Capital Syst
16 Mcleland Rd
Saint Cloud, MN 56303

Jpmcb Card
Po Box 15369

Wilmington, DE 19850

Kashable Llc
275 Madison Ave
New York, NY 10016

Lendmark Financial Ser
2118 Usher St.
Covington, GA 30014

Mariner Finance
8211 Town Center Dr
Nottingham, MD 21236

Merrick Bank Corp
Po Box 9201
Old Bethpage, NY 11804

Moneylion Inc
Po Box 1547
Sandy, UT 84091

Onemain
Po Box 1010
Evansville, IN 47706

PA Department Of Revenue
Bankruptcy Division
PO Box 788
Harrisburg, PA 17128

PA Department of Revenue
Bankruptcy Division
PO Box 280946
Harrisburg, PA 17128-0496

Penn Credit Corporatio
916 S 14th St
Harrisburg, PA 17104

Pennymac Loan Services
Po Box 514387
Los Angeles, CA 90051

Plain Green
93 Mack Road Suite 600
Box Elder, MT 59521

Plaza Home Mtg/dovenmu
1 Corporate Dr
Lake Zurich, IL 60047

Santander Consumer Usa
Po Box 961245
Ft Worth, TX 76161

Sears/cbna
Po Box 6217
Sioux Falls, SD 57117

Somerset Trust Company
151 W Main Street
Somerset, PA 15501

Springleaf Financial S
150 Pittsburgh St Ste 22b
Uniontown, PA 15401

Syncb/amazon
Po Box 965015
Orlando, FL 32896

Syncb/ppmc
Po Box 965005
Orlando, FL 32896

Syncb/walmart
Po Box 965024
Orlando, FL 32896

Tbom/contfin
4550 New Linden Hill Rd
Wilmington, DE 19808

Tbom/tfc
Po Box 13306
Virginia Beach, VA 23464

Thinkcashfbd
Brandywine Commons Ii
Wilmington, DE 19803

United Auto Credit Co
3990 Westerley Place
Newport Beach, CA 92660

Usa Credit
Customer Service
Uniontown, PA 15401

Webbank/fingerhut
6250 Ridgewood Road
Saint Cloud, MN 56303

Westlake Financial Svc
4751 Wilshire Bvld
Los Angeles, CA 900108