**Information to identify the case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Gary J. Griser**<br>First Name Middle Name Last Name | Social Security number or ITIN | **xxx–xx–7175** |
| | | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | **Maria F. Griser**<br>First Name Middle Name Last Name | Social Security number or ITIN | **xxx–xx–7047** |
| | | EIN | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court **WESTERN DISTRICT OF PENNSYLVANIA** | | Date case filed in chapter **13** | **5/7/21** |
| Case number: **21–21145–JAD** | | Date case converted to chapter **7** | **6/21/21** |

Official Form 309B (For Individuals or Joint Debtors)

# Notice of Chapter 7 Bankruptcy Case –– Proof of Claim Deadline Set

10/20

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | **About Debtor 1:** | **About Debtor 2:** |
|---|---|---|---|
| **1.** | **Debtor's full name** | Gary J. Griser | Maria F. Griser |
| **2.** | **All other names used in the last 8 years** | | aka Mary F. Betzig Griser |
| **3.** | **Address** | 119 N. Hitchman Street<br>Mount Pleasant, PA 15666 | 119 N. Hitchman Street<br>Mount Pleasant, PA 15666 |
| **4.** | **Debtor's attorney**<br>Name and address | Lawrence W. Willis<br>Willis & Associates<br>201 Penn Center Blvd<br>Suite 310<br>Pittsburgh, PA 15235 | Contact phone 412–235–1721<br>Email: ecf@westernpabankruptcy.com |
| **5.** | **Bankruptcy trustee**<br>Name and address | Charles O. Zebley Jr.<br>P.O. Box 2124<br>Uniontown, PA 15401 | Contact phone 724–439–9200<br>Email: COZ@Zeblaw.com |

**For more information, see page 2 >**

| | | |
|---|---|---|
| **6. Bankruptcy clerk's office**<br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | U.S. Bankruptcy Court<br>5414 U.S. Steel Tower<br>600 Grant Street<br>Pittsburgh, PA 15219 | Hours open:<br>Mon. – Fri. Pittsburgh Office: 9:00a.m. – 4:30p.m. Erie Office: 9:00a.m. – 4:30p.m.<br>Contact phone 412–644–2700<br>Date: 6/21/21 |
| **7. Meeting of creditors**<br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **August 20, 2021 at 09:00 AM**<br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br>**341 Meeting will be conducted by phone, please consult the docket or, case trustee for call information.** |
| **8. Presumption of abuse**<br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |

**9. Deadlines**

The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines.

**File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:** — **Filing deadline: 10/19/21**

**You must file a complaint:**

- if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or
- if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4) or (6).

**You must file a motion:**

- if you assert that the discharge should be denied under § 727(a)(8) or (9).

**Deadline for all creditors to file a proof of claim (except governmental units):** — **Filing deadline: 8/30/21**

**Deadline for governmental units to file a proof of claim:** — **Filing deadline: ___________**

**Deadlines for filing proof of claim:**

A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office. If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed.
Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial.

**Deadline to object to exemptions:** — **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors

The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection.

| | |
|---|---|
| **10. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. |
| **11. Liquidation of the debtor's property and payment of creditors' claims** | The bankruptcy trustee listed on the front of this notice will collect and sell the debtor's property that is not exempt. If the trustee can collect enough money, creditors may be paid some or all of the debts owed to them in the order specified by the Bankruptcy Code. To ensure you receive any share of that money, you must file a proof of claim as described above. |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at https://pacer.uscourts.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. |

United States Bankruptcy Court
Western District of Pennsylvania

In re: Case No. 21-21145-JAD
Gary J. Griser Chapter 7
Maria F. Griser
Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2 User: nsha Page 1 of 5
Date Rcvd: Jun 21, 2021 Form ID: 309B Total Noticed: 74

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4). |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 23, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Gary J. Griser, Maria F. Griser, 119 N. Hitchman Street, Mount Pleasant, PA 15666-1503 |
| aty | + | Jennifer L. Cerce, Maiello Brungo & Maiello, Southside Works, 424 S. 27th Street, Ste 210, Pittsburgh, PA 15203-2380 |
| aty | + | Maria Miksich, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| tr | + | Charles O. Zebley, Jr., P.O. Box 2124, Uniontown, PA 15401-1724 |
| 15373382 | + | Aaa Debt Rec, Pob 129, Monroeville, PA 15146-0129 |
| 15373387 | + | Ccs/first National Ban, 500 East 60th St North, Sioux Falls, SD 57104-0478 |
| 15373393 | | Community Bank, Rj Sommers Operations Center, Waynesburg, PA 15370 |
| 15373397 | | Credit Protection Asso, One Galleria Tower, Dallas, TX 75240 |
| 15373401 | + | Eos Cca, Po Box 981008, Boston, MA 02298-1008 |
| 15373402 | + | F N B Cons Disc Co, 6291 State Route 30, Greensburg, PA 15601-7597 |
| 15373388 | ++ | FIRST SAVINGS BANK, PO BOX 5096, SIOUX FALLS SD 57117-5096 address filed with court:, Ccs/first Savings Bank, 500 East 60th St North, Sioux Falls, SD 57104 |
| 15373411 | + | Kashable Llc, 275 Madison Ave, New York, NY 10016-1101 |
| 15373413 | + | Mariner Finance, 8211 Town Center Dr, Nottingham, MD 21236-5904 |
| 15382997 | + | Norwin School District, c/o Maiello Brungo & Maiello, 100 Purity Road, Suite 3, Pittsburgh, PA 15235-4441 |
| 15386739 | + | Norwin School District, c/o Maiello Brungo & Maielloo, LLP, 100 Purity Road, Suite 3, Pittsburgh, PA 15235-4441 |
| 15373417 | + | PA Department Of Revenue, Bankruptcy Division, PO Box 788, Harrisburg, PA 17108-0788 |
| 15373420 | + | Pennymac Loan Services, Po Box 514387, Los Angeles, CA 90051-4387 |
| 15373422 | + | Plaza Home Mtg/dovenmu, 1 Corporate Dr, Lake Zurich, IL 60047-8944 |
| 15373425 | + | Somerset Trust Company, 151 W Main Street, Somerset, PA 15501-2068 |
| 15373430 | + | Tbom/contfin, 4550 New Linden Hill Rd, Wilmington, DE 19808-2930 |
| 15373431 | | Tbom/tfc, Po Box 13306, Virginia Beach, VA 23464 |
| 15373432 | | Thinkcashfbd, Brandywine Commons Ii, Wilmington, DE 19803 |
| 15373433 | + | United Auto Credit Co, 3990 Westerley Place, Newport Beach, CA 92660-2310 |
| 15373434 | | Usa Credit, Customer Service, Uniontown, PA 15401 |

TOTAL: 24

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| aty | Email/Text: ecf@westernpabankruptcy.com | Jun 21 2021 23:48:08 | Lawrence W. Willis, Willis & Associates, 201 Penn Center Blvd, Suite 310, Pittsburgh, PA 15235 |
| smg | EDI: PENNDEPTREV | Jun 22 2021 03:33:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| smg | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jun 21 2021 23:49:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |

| | | | | |
|---|---|---|---|---|
| ust | + | Email/Text: ustpregion03.pi.ecf@usdoj.gov | Jun 21 2021 23:49:00 | Office of the United States Trustee, Liberty Center., 1001 Liberty Avenue, Suite 970, Pittsburgh, PA 15222-3721 |
| cr | + | EDI: RECOVERYCORP.COM | Jun 22 2021 03:33:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15373383 | + | Email/Text: backoffice@affirm.com | Jun 21 2021 23:50:00 | Affirm Inc, 650 California St Fl 12, San Francisco, CA 94108-2716 |
| 15373384 | + | Email/Text: bk@avant.com | Jun 21 2021 23:49:00 | Avant, 222 N. Lasalle St, Chicago, IL 60601-1003 |
| 15373385 | | EDI: CAPITALONE.COM | Jun 22 2021 03:33:00 | Capital One Bank Usa N, 15000 Capital One Dr, Richmond, VA 23238 |
| 15378397 | | EDI: CAPITALONE.COM | Jun 22 2021 03:33:00 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15374968 | + | Email/Text: bankruptcy@cavps.com | Jun 21 2021 23:49:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 15373386 | + | EDI: PHINGENESIS | Jun 22 2021 03:33:00 | Cb Indigo/gf, Po Box 4499, Beaverton, OR 97076-4499 |
| 15373389 | + | Email/Text: bankruptcy@clearviewfcu.org | Jun 21 2021 23:49:00 | Clearview Federal Cu, 8805 University Blvd, Coraopolis, PA 15108-4212 |
| 15373390 | + | Email/Text: jstiller@clevelandbrothers.com | Jun 21 2021 23:49:00 | Cleveland Brother, 4565 William Penn Highway, Murrysville, PA 15668-2016 |
| 15373391 | + | EDI: WFNNB.COM | Jun 22 2021 03:33:00 | Comenity Bank/gnteagle, Po Box 182789, Columbus, OH 43218-2789 |
| 15373392 | + | EDI: WFNNB.COM | Jun 22 2021 03:33:00 | Comenitybank/victoria, Po Box 182789, Columbus, OH 43218-2789 |
| 15373394 | + | EDI: CCUSA.COM | Jun 22 2021 03:33:00 | Credit Coll/usa, 16 Distributor Dr Ste 1, Morgantown, WV 26501-7209 |
| 15373395 | + | EDI: CCS.COM | Jun 22 2021 03:33:00 | Credit Collection Serv, Po Box 607, Norwood, MA 02062-0607 |
| 15373396 | + | Email/PDF: creditonebknotifications@resurgent.com | Jun 22 2021 11:26:04 | Credit One Bank Na, Po Box 98875, Las Vegas, NV 89193-8875 |
| 15373398 | + | Email/Text: electronicbkydocs@nelnet.net | Jun 21 2021 23:49:00 | Dept Of Education/neln, Po Box 82561, Lincoln, NE 68501-2561 |
| 15373399 | + | EDI: DISCOVER.COM | Jun 22 2021 03:33:00 | Discover Fin Svcs Llc, Pob 15316, Wilmington, DE 19850-5316 |
| 15373400 | + | Email/Text: bknotice@ercbpo.com | Jun 21 2021 23:49:00 | Enhanced Recovery Co L, 8014 Bayberry Rd, Jacksonville, FL 32256-7412 |
| 15373403 | + | Email/Text: bankruptcy@cagcorp.com | Jun 21 2021 23:49:00 | Fairville, 4 Hillman, Chadds Ford, PA 19317-9781 |
| 15373404 | + | EDI: AMINFOFP.COM | Jun 22 2021 03:33:00 | First Premier Bank, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 15373405 | + | EDI: IIC9.COM | Jun 22 2021 03:33:00 | I.c. System, Inc, Po Box 64378, Saint Paul, MN 55164-0378 |
| 15373407 | | EDI: IRS.COM | Jun 22 2021 03:33:00 | Internal Revenue Service, Insolvency Unit, PO Box 628, Pittsburgh, PA 15230 |
| 15373409 | | EDI: JEFFERSONCAP.COM | Jun 22 2021 03:33:00 | Jefferson Capital Syst, 16 Mcleland Rd, Saint Cloud, MN 56303 |
| 15373410 | | EDI: JPMORGANCHASE | Jun 22 2021 03:33:00 | Jpmcb Card, Po Box 15369, Wilmington, DE 19850 |
| 15373412 | | Email/Text: ktramble@lendmarkfinancial.com | Jun 21 2021 23:48:00 | Lendmark Financial Ser, 2118 Usher St., Covington, GA 30014 |

| | | | | |
|---|---|---|---|---|
| 15386699 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Jun 22 2021 00:35:02 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 15373414 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Jun 22 2021 00:35:02 | Merrick Bank Corp, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 15373415 | + | Email/Text: bankruptcy@moneylion.com | Jun 21 2021 23:49:39 | Moneylion Inc, Po Box 1547, Sandy, UT 84091-1547 |
| 15375476 | + | EDI: AGFINANCE.COM | Jun 22 2021 03:33:00 | OneMain Financial, PO Box 3251, Evansville, IN 47731-3251 |
| 15373416 | + | EDI: AGFINANCE.COM | Jun 22 2021 03:33:00 | Onemain, Po Box 1010, Evansville, IN 47706-1010 |
| 15373418 | | EDI: PENNDEPTREV | Jun 22 2021 03:33:00 | PA Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg, PA 17128-0496 |
| 15373418 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jun 21 2021 23:49:00 | PA Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg, PA 17128-0496 |
| 15375594 | | EDI: PENNDEPTREV | Jun 22 2021 03:33:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 15375594 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jun 21 2021 23:49:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 15373421 | | Email/Text: bankruptcypgl@plaingreenloans.com | Jun 21 2021 23:49:00 | Plain Green, 93 Mack Road Suite 600, Box Elder, MT 59521 |
| 15385637 | + | EDI: JEFFERSONCAP.COM | Jun 22 2021 03:33:00 | Premier Bankcard, LLC, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud MN 56302-7999 |
| 15386747 | + | EDI: Q3G.COM | Jun 22 2021 03:33:00 | Quantum3, PO Box 788, Kirkland, WA 98083-0788 |
| 15377118 | | EDI: Q3G.COM | Jun 22 2021 03:33:00 | Quantum3 Group LLC as agent for, Sadino Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 15377119 | | EDI: Q3G.COM | Jun 22 2021 03:33:00 | Quantum3 Group LLC as agent for, Genesis FS Card Services Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 15377057 | | EDI: Q3G.COM | Jun 22 2021 03:33:00 | Quantum3 Group LLC as agent for, MOMA Trust LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 15373426 | | EDI: AGFINANCE.COM | Jun 22 2021 03:33:00 | Springleaf Financial S, 150 Pittsburgh St Ste 22b, Uniontown, PA 15401 |
| 15373423 | + | EDI: DRIV.COM | Jun 22 2021 03:33:00 | Santander Consumer Usa, Po Box 961245, Ft Worth, TX 76161-0244 |
| 15373424 | + | EDI: CITICORP.COM | Jun 22 2021 03:33:00 | Sears/cbna, Po Box 6217, Sioux Falls, SD 57117-6217 |
| 15373427 | + | EDI: RMSC.COM | Jun 22 2021 03:33:00 | Syncb/amazon, Po Box 965015, Orlando, FL 32896-5015 |
| 15373428 | + | EDI: RMSC.COM | Jun 22 2021 03:33:00 | Syncb/ppmc, Po Box 965005, Orlando, FL 32896-5005 |
| 15373429 | + | EDI: RMSC.COM | Jun 22 2021 03:33:00 | Syncb/walmart, Po Box 965024, Orlando, FL 32896-5024 |
| 15373750 | + | EDI: RMSC.COM | Jun 22 2021 03:33:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15375284 | + | Email/Text: electronicbkydocs@nelnet.net | Jun 21 2021 23:49:00 | U.S. Department of Education c/o Nelnet, 121 S 13th St, Suite 201, Lincoln, NE 68508-1911 |
| 15373435 | + | EDI: BLUESTEM | | |

| | | | |
|---|---|---|---|
| | | Jun 22 2021 03:33:00 | Webbank/fingerhut, 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |
| 15373436 | + Email/Text: bankruptcynotice@westlakefinancial.com | Jun 21 2021 23:49:00 | Westlake Financial Svc, 4751 Wilshire Bvld, Los Angeles, CA 90010-3847 |

TOTAL: 53

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | PENNYMAC LOAN SERVICES, LLC |
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | *+ | Norwin School District, c/o Maiello Brungo & Maiello, LLP, 100 Purity Road, Suite 3, Pittsburgh, PA 15235-4441 |
| 15386705 | *+ | Aaa Debt Rec, Pob 129, Monroeville, PA 15146-0129 |
| 15386706 | *+ | Affirm Inc, 650 California St Fl 12, San Francisco, CA 94108-2716 |
| 15386707 | *+ | Avant, 222 N. Lasalle St, Chicago, IL 60601-1003 |
| 15386708 | *P++ | CAPITAL ONE, PO BOX 30285, SALT LAKE CITY UT 84130-0285, address filed with court:, Capital One Bank Usa N, 15000 Capital One Dr, Richmond, VA 23238 |
| 15386709 | *+ | Cb Indigo/gf, Po Box 4499, Beaverton, OR 97076-4499 |
| 15386710 | *+ | Ccs/first National Ban, 500 East 60th St North, Sioux Falls, SD 57104-0478 |
| 15386712 | *+ | Clearview Federal Cu, 8805 University Blvd, Coraopolis, PA 15108-4212 |
| 15386713 | *+ | Cleveland Brother, 4565 William Penn Highway, Murrysville, PA 15668-2016 |
| 15386714 | *+ | Comenity Bank/gnteagle, Po Box 182789, Columbus, OH 43218-2789 |
| 15386715 | *+ | Comenitybank/victoria, Po Box 182789, Columbus, OH 43218-2789 |
| 15386716 | * | Community Bank, Rj Sommers Operations Center, Waynesburg, PA 15370 |
| 15386717 | *+ | Credit Coll/usa, 16 Distributor Dr Ste 1, Morgantown, WV 26501-7209 |
| 15386718 | *+ | Credit Collection Serv, Po Box 607, Norwood, MA 02062-0607 |
| 15386719 | *+ | Credit One Bank Na, Po Box 98875, Las Vegas, NV 89193-8875 |
| 15386720 | * | Credit Protection Asso, One Galleria Tower, Dallas, TX 75240 |
| 15386721 | *+ | Dept Of Education/neln, Po Box 82561, Lincoln, NE 68501-2561 |
| 15386722 | *+ | Discover Fin Svcs Llc, Pob 15316, Wilmington, DE 19850-5316 |
| 15386723 | *+ | Enhanced Recovery Co L, 8014 Bayberry Rd, Jacksonville, FL 32256-7412 |
| 15386724 | *+ | Eos Cca, Po Box 981008, Boston, MA 02298-1008 |
| 15386725 | *+ | F N B Cons Disc Co, 6291 State Route 30, Greensburg, PA 15601-7597 |
| 15386711 | *P++ | FIRST SAVINGS BANK, PO BOX 5096, SIOUX FALLS SD 57117-5096, address filed with court:, Ccs/first Savings Bank, 500 East 60th St North, Sioux Falls, SD 57104 |
| 15386726 | *+ | Fairville, 4 Hillman, Chadds Ford, PA 19317-9781 |
| 15386727 | *+ | First Premier Bank, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 15386728 | *+ | I.c. System, Inc, Po Box 64378, Saint Paul, MN 55164-0378 |
| 15373408 | *+ | Internal Revenue Service, William S. Moorehead Federal Building, 1000 Liberty Avenue, Room 727, Pittsburgh, PA 15222-4107 |
| 15386731 | *+ | Internal Revenue Service, William S. Moorehead Federal Building, 1000 Liberty Avenue, Room 727, Pittsburgh, PA 15222-4107 |
| 15386730 | * | Internal Revenue Service, Insolvency Unit, PO Box 628, Pittsburgh, PA 15230 |
| 15373406 | *+ | Internal Revenue Service, Insolvency Unit, PO Box 7346, Philadelphia, PA 19101-7346 |
| 15386729 | *+ | Internal Revenue Service, Insolvency Unit, PO Box 7346, Philadelphia, PA 19101-7346 |
| 15386732 | *P++ | JEFFERSON CAPITAL SYSTEMS LLC, PO BOX 7999, SAINT CLOUD MN 56302-7999, address filed with court:, Jefferson Capital Syst, 16 Mcleland Rd, Saint Cloud, MN 56303 |
| 15386733 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Jpmcb Card, Po Box 15369, Wilmington, DE 19850 |
| 15386734 | *+ | Kashable Llc, 275 Madison Ave, New York, NY 10016-1101 |
| 15386735 | *P++ | LENDMARK FINANCIAL SERVICES, 2118 USHER ST, COVINGTON GA 30014-2434, address filed with court:, Lendmark Financial Ser, 2118 Usher St., Covington, GA 30014 |
| 15386736 | *+ | Mariner Finance, 8211 Town Center Dr, Nottingham, MD 21236-5904 |
| 15386737 | *+ | Merrick Bank Corp, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 15386738 | *+ | Moneylion Inc, Po Box 1547, Sandy, UT 84091-1547 |
| 15386740 | *+ | Onemain, Po Box 1010, Evansville, IN 47706-1010 |
| 15386741 | *+ | PA Department Of Revenue, Bankruptcy Division, PO Box 788, Harrisburg, PA 17108-0788 |
| 15386742 | * | PA Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg, PA 17128-0496 |
| 15386743 | *+ | Penn Credit Corporatio, 916 S 14th St, Harrisburg, PA 17104-3425 |
| 15386744 | *+ | Pennymac Loan Services, Po Box 514387, Los Angeles, CA 90051-4387 |
| 15386745 | * | Plain Green, 93 Mack Road Suite 600, Box Elder, MT 59521 |
| 15386746 | *+ | Plaza Home Mtg/dovenmu, 1 Corporate Dr, Lake Zurich, IL 60047-8944 |
| 15386751 | *P++ | SPRINGLEAF FINANCIAL SERVICES, P O BOX 3251, EVANSVILLE IN 47731-3251, address filed with court:, Springleaf |

| | | |
|---|---|---|
| | | Financial S, 150 Pittsburgh St Ste 22b, Uniontown, PA 15401 |
| 15386748 | *+ | Santander Consumer Usa, Po Box 961245, Ft Worth, TX 76161-0244 |
| 15386749 | *+ | Sears/cbna, Po Box 6217, Sioux Falls, SD 57117-6217 |
| 15386750 | *+ | Somerset Trust Company, 151 W Main Street, Somerset, PA 15501-2068 |
| 15386752 | *+ | Syncb/amazon, Po Box 965015, Orlando, FL 32896-5015 |
| 15386753 | *+ | Syncb/ppmc, Po Box 965005, Orlando, FL 32896-5005 |
| 15386754 | *+ | Syncb/walmart, Po Box 965024, Orlando, FL 32896-5024 |
| 15386755 | *+ | Tbom/contfin, 4550 New Linden Hill Rd, Wilmington, DE 19808-2930 |
| 15386756 | * | Tbom/tfc, Po Box 13306, Virginia Beach, VA 23464 |
| 15386757 | * | Thinkcashfbd, Brandywine Commons Ii, Wilmington, DE 19803 |
| 15386758 | *+ | United Auto Credit Co, 3990 Westerley Place, Newport Beach, CA 92660-2310 |
| 15386759 | * | Usa Credit, Customer Service, Uniontown, PA 15401 |
| 15386760 | *+ | Webbank/fingerhut, 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |
| 15386761 | *+ | Westlake Financial Svc, 4751 Wilshire Bvld, Los Angeles, CA 90010-3847 |
| 15373419 | ##+ | Penn Credit Corporatio, 916 S 14th St, Harrisburg, PA 17104-3425 |

TOTAL: 1 Undeliverable, 59 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 23, 2021 Signature: /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 21, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Charles O. Zebley, Jr. | COZ@Zeblaw.com PA67@ecfcbis.com;Lyndie@Zeblaw.com |
| Jennifer L. Cerce | on behalf of Creditor Norwin School District jlc@mbm-law.net |
| Lawrence W. Willis | on behalf of Debtor Gary J. Griser ecf@westernpabankruptcy.com urfreshstrt@gmail.com;willislr88866@notify.bestcase.com |
| Lawrence W. Willis | on behalf of Joint Debtor Maria F. Griser ecf@westernpabankruptcy.com urfreshstrt@gmail.com;willislr88866@notify.bestcase.com |
| Maria Miksich | on behalf of Creditor PENNYMAC LOAN SERVICES LLC mmiksich@kmllawgroup.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 7