IN THE UNITED STATES BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE: : Case No **21-21145-JAD**:
:
**Gary J. Griser**, : Chapter 7
**Maria F. Griser**
   Debtor

**Gary J. Griser**
**Maria F. Griser**
   Movant

**Charles O. Zebley, Jr.**
   Additional Respondent

## RULE 1019 REPORT

AND NOW, comes the debtors **Gary J. Griser and Maria F. Griser**, by and through their attorney, Lawrence Willis, Esquire, of the Law Firm of Willis & Associates, and files the within Rule 1019 Report as follows:

1. This case was commenced on 05/07/2021, when the debtor filed a Voluntary Petition under Chapter 13 of the Bankruptcy Code.

2. The Debtor's Chapter 13 case was converted to Chapter 7 on 06/21/2021.

3. Since the filing of the Chapter 13 Bankruptcy Petition 05/07/2021, and prior to the conversion of the case to Chapter 7, the debtor has not acquired any additional property either real or personal. In addition, the debtor has not entered into or assumed any executory contracts after the filing of the original petition, but before the entry of the conversion order.

4. Since the filing of the Chapter 13 Bankruptcy Petition on 05/07/2021, and prior to the conversion of the case to Chapter 7, the Debtor has incurred the following new debt:

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | AMOUNT OF CLAIM |
|---|---|---|
|  |  |  |

EXECUTED ON: August 13, 2021          By:     /s/ Lawrence Willis Esq
                                                                                                      Lawrence W Willis, Esquire
                                                                                                      PA I.D. # 85299
                                                                                                       Willis & Associates
                                                                                                       201 Penn Center Blvd
                                                                                                        Pittsburgh, PA 15235
                                                                                                        Tel: 412.235-1721
                                                                                                        Fax: 412.823.2375
                                                                                                        Email: lawrencew@urfreshstrt.com
                                                                                                        Attorney for Debtors