# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE: Maria F. Griser aka Mary F. Betzig Griser**<br>**Gary J. Griser**<br>                    **Debtor(s)**<br><br>**PENNYMAC LOAN SERVICES, LLC**<br>                    **Movant**<br>        **vs.**<br><br>**Maria F. Griser aka Mary F. Betzig Griser**<br>**Gary J. Griser**<br>                    **Debtor(s)**<br><br>**Charles O. Zebley, Jr.**,<br>**Trustee** | **BK NO. 21-21145 JAD**<br><br>**Chapter 7**<br><br>**Related to Doc.#41** |

## CERTIFICATE OF SERVICE OF
## MODIFIED ORDER MODIFYING SECTION 362 AUTOMATICY STAY

I, Maria Miksich , of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on October 8, 2021, I served the above captioned pleading, filed in the proceeding on the parties at the addresses shown below;

Debtor(s)
Maria F. Griser aka Mary F. Betzig Griser
119 North Hitchman Street
Mount Pleasant, PA 15666

Gary J. Griser
119 North Hitchman Street
Mount Pleasant, PA 15666

Attorney for Debtor(s)
Lawrence W. Willis, Esquire
Willis & Associates
201 Penn Center Blvd Suite 310
Pittsburgh, PA 15235

Trustee
Charles O. Zebley, Jr.
P.O. Box 2124
Uniontown, PA 15401

Method of Service:  electronic means or first class mail

Dated: October 8, 2021

**/s/ Maria Miksich Esquire**
Maria Miksich Esquire
Attorney I.D. No. 319383
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
412-430-3589
MMiksich@kmllawgroup.com