**Information to identify the case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Gary J. Griser**<br>First Name Middle Name Last Name | Social Security number or ITIN | **xxx–xx–7175** |
| | | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | **Maria F. Griser**<br>First Name Middle Name Last Name | Social Security number or ITIN | **xxx–xx–7047** |
| | | EIN | _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court **WESTERN DISTRICT OF PENNSYLVANIA**

Case number: **21–21145–JAD**

## Order of Discharge

**12/15**

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Gary J. Griser

Maria F. Griser
aka Mary F. Betzig Griser

10/20/21

**By the court:** Jeffery A. Deller
United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;
- debts for most student loans;
- debts for most taxes;
- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;
- debts for most fines, penalties, forfeitures, or criminal restitution obligations;
- some debts which the debtors did not properly list;
- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and
- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Western District of Pennsylvania

In re: Case No. 21-21145-JAD
Gary J. Griser Chapter 7
Maria F. Griser
Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2 User: culy Page 1 of 5
Date Rcvd: Oct 20, 2021 Form ID: 318 Total Noticed: 73

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4). |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 22, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Gary J. Griser, Maria F. Griser, 119 N. Hitchman Street, Mount Pleasant, PA 15666-1503 |
| 15373382 | + | Aaa Debt Rec, Pob 129, Monroeville, PA 15146-0129 |
| 15373387 | + | Ccs/first National Ban, 500 East 60th St North, Sioux Falls, SD 57104-0478 |
| 15373393 | | Community Bank, Rj Sommers Operations Center, Waynesburg, PA 15370 |
| 15373397 | | Credit Protection Asso, One Galleria Tower, Dallas, TX 75240 |
| 15373401 | + | Eos Cca, Po Box 981008, Boston, MA 02298-1008 |
| 15373402 | + | F N B Cons Disc Co, 6291 State Route 30, Greensburg, PA 15601-7597 |
| 15373388 | ++ | FIRST SAVINGS BANK, PO BOX 5096, SIOUX FALLS SD 57117-5096 address filed with court:, Ccs/first Savings Bank, 500 East 60th St North, Sioux Falls, SD 57104 |
| 15373411 | + | Kashable Llc, 275 Madison Ave, New York, NY 10016-1101 |
| 15373413 | + | Mariner Finance, 8211 Town Center Dr, Nottingham, MD 21236-5904 |
| 15382997 | + | Norwin School District, c/o Maiello Brungo & Maiello, 100 Purity Road, Suite 3, Pittsburgh, PA 15235-4441 |
| 15386739 | + | Norwin School District, c/o Maiello Brungo & Maielloo, LLP, 100 Purity Road, Suite 3, Pittsburgh, PA 15235-4441 |
| 15373417 | + | PA Department Of Revenue, Bankruptcy Division, PO Box 788, Harrisburg, PA 17108-0788 |
| 15373420 | + | Pennymac Loan Services, Po Box 514387, Los Angeles, CA 90051-4387 |
| 15373422 | + | Plaza Home Mtg/dovenmu, 1 Corporate Dr, Lake Zurich, IL 60047-8944 |
| 15373425 | + | Somerset Trust Company, 151 W Main Street, Somerset, PA 15501-2068 |
| 15373430 | + | Tbom/contfin, 4550 New Linden Hill Rd, Wilmington, DE 19808-2930 |
| 15373431 | | Tbom/tfc, Po Box 13306, Virginia Beach, VA 23464 |
| 15373432 | | Thinkcashfbd, Brandywine Commons Ii, Wilmington, DE 19803 |
| 15373433 | + | United Auto Credit Co, 3990 Westerley Place, Newport Beach, CA 92660-2310 |
| 15373434 | | Usa Credit, Customer Service, Uniontown, PA 15401 |

TOTAL: 21

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | EDI: PENNDEPTREV | Oct 21 2021 02:58:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Oct 20 2021 22:56:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| cr | + | EDI: RECOVERYCORP.COM | Oct 21 2021 02:58:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15373383 | + | Email/Text: backoffice@affirm.com | Oct 20 2021 22:56:00 | Affirm Inc, 650 California St Fl 12, San Francisco, CA 94108-2716 |
| 15373384 | + | Email/Text: bk@avant.com | | |

| | | | |
|---|---|---|---|
| | | Oct 20 2021 22:56:00 | Avant, 222 N. Lasalle St, Chicago, IL 60601-1003 |
| 15373385 | EDI: CAPITALONE.COM | Oct 21 2021 02:58:00 | Capital One Bank Usa N, 15000 Capital One Dr, Richmond, VA 23238 |
| 15378397 | EDI: CAPITALONE.COM | Oct 21 2021 02:58:00 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15374968 | + Email/Text: bankruptcy@cavps.com | Oct 20 2021 22:56:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 15373386 | + EDI: PHINGENESIS | Oct 21 2021 03:03:00 | Cb Indigo/gf, Po Box 4499, Beaverton, OR 97076-4499 |
| 15373389 | + Email/Text: bankruptcy@clearviewfcu.org | Oct 20 2021 22:56:00 | Clearview Federal Cu, 8805 University Blvd, Coraopolis, PA 15108-4212 |
| 15373390 | + Email/Text: jstiller@clevelandbrothers.com | Oct 20 2021 22:56:00 | Cleveland Brother, 4565 William Penn Highway, Murrysville, PA 15668-2016 |
| 15373391 | + EDI: WFNNB.COM | Oct 21 2021 02:58:00 | Comenity Bank/gnteagle, Po Box 182789, Columbus, OH 43218-2789 |
| 15373392 | + EDI: WFNNB.COM | Oct 21 2021 02:58:00 | Comenitybank/victoria, Po Box 182789, Columbus, OH 43218-2789 |
| 15373394 | + EDI: CCUSA.COM | Oct 21 2021 02:58:00 | Credit Coll/usa, 16 Distributor Dr Ste 1, Morgantown, WV 26501-7209 |
| 15373395 | + EDI: CCS.COM | Oct 21 2021 03:03:00 | Credit Collection Serv, Po Box 607, Norwood, MA 02062-0607 |
| 15373396 | + Email/PDF: creditonebknotifications@resurgent.com | Oct 20 2021 23:04:17 | Credit One Bank Na, Po Box 98875, Las Vegas, NV 89193-8875 |
| 15373398 | + Email/Text: electronicbkydocs@nelnet.net | Oct 20 2021 22:56:00 | Dept Of Education/neln, Po Box 82561, Lincoln, NE 68501-2561 |
| 15373399 | + EDI: DISCOVER.COM | Oct 21 2021 02:58:00 | Discover Fin Svcs Llc, Pob 15316, Wilmington, DE 19850-5316 |
| 15373400 | + Email/Text: bknotice@ercbpo.com | Oct 20 2021 22:56:00 | Enhanced Recovery Co L, 8014 Bayberry Rd, Jacksonville, FL 32256-7412 |
| 15373403 | + Email/Text: bankruptcy@cagcorp.com | Oct 20 2021 22:56:00 | Fairville, 4 Hillman, Chadds Ford, PA 19317-9781 |
| 15373404 | + EDI: AMINFOFP.COM | Oct 21 2021 02:58:00 | First Premier Bank, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 15373405 | + EDI: IIC9.COM | Oct 21 2021 03:03:00 | I.c. System, Inc, Po Box 64378, Saint Paul, MN 55164-0378 |
| 15373407 | EDI: IRS.COM | Oct 21 2021 02:58:00 | Internal Revenue Service, Insolvency Unit, PO Box 628, Pittsburgh, PA 15230 |
| 15373409 | EDI: JEFFERSONCAP.COM | Oct 21 2021 02:58:00 | Jefferson Capital Syst, 16 Mcleland Rd, Saint Cloud, MN 56303 |
| 15393089 | EDI: JEFFERSONCAP.COM | Oct 21 2021 02:58:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| 15373410 | EDI: JPMORGANCHASE | Oct 21 2021 02:58:00 | Jpmcb Card, Po Box 15369, Wilmington, DE 19850 |
| 15373412 | Email/Text: ktramble@lendmarkfinancial.com | Oct 20 2021 22:56:00 | Lendmark Financial Ser, 2118 Usher St., Covington, GA 30014 |
| 15386992 | Email/PDF: resurgentbknotifications@resurgent.com | Oct 20 2021 23:04:10 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15386699 | Email/PDF: MerrickBKNotifications@Resurgent.com | Oct 20 2021 23:04:09 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 15373414 | + Email/PDF: MerrickBKNotifications@Resurgent.com | Oct 20 2021 23:04:17 | Merrick Bank Corp, Po Box 9201, Old Bethpage, |

| | | | |
|---|---|---|---|
| | | | NY 11804-9001 |
| 15373415 | + Email/Text: bankruptcy@moneylion.com | Oct 20 2021 22:56:00 | Moneylion Inc, Po Box 1547, Sandy, UT 84091-1547 |
| 15375476 | + EDI: AGFINANCE.COM | Oct 21 2021 02:58:00 | OneMain Financial, PO Box 3251, Evansville, IN 47731-3251 |
| 15373416 | + EDI: AGFINANCE.COM | Oct 21 2021 02:58:00 | Onemain, Po Box 1010, Evansville, IN 47706-1010 |
| 15373418 | EDI: PENNDEPTREV | Oct 21 2021 02:58:00 | PA Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg, PA 17128-0496 |
| 15373418 | Email/Text: RVSVCBICNOTICE1@state.pa.us | Oct 20 2021 22:56:00 | PA Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg, PA 17128-0496 |
| 15388507 | EDI: PRA.COM | Oct 21 2021 02:58:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15375594 | EDI: PENNDEPTREV | Oct 21 2021 02:58:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 15375594 | Email/Text: RVSVCBICNOTICE1@state.pa.us | Oct 20 2021 22:56:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 15386991 | Email/PDF: resurgentbknotifications@resurgent.com | Oct 20 2021 23:04:17 | Pinnacle Credit Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15373421 | Email/Text: bankruptcypgl@plaingreenloans.com | Oct 20 2021 22:56:00 | Plain Green, 93 Mack Road Suite 600, Box Elder, MT 59521 |
| 15385637 | + EDI: JEFFERSONCAP.COM | Oct 21 2021 02:58:00 | Premier Bankcard, LLC, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud MN 56302-7999 |
| 15386747 | + EDI: Q3G.COM | Oct 21 2021 02:58:00 | Quantum3, PO Box 788, Kirkland, WA 98083-0788 |
| 15377118 | EDI: Q3G.COM | Oct 21 2021 02:58:00 | Quantum3 Group LLC as agent for, Sadino Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 15377119 | EDI: Q3G.COM | Oct 21 2021 02:58:00 | Quantum3 Group LLC as agent for, Genesis FS Card Services Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 15377057 | EDI: Q3G.COM | Oct 21 2021 02:58:00 | Quantum3 Group LLC as agent for, MOMA Trust LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 15373426 | EDI: AGFINANCE.COM | Oct 21 2021 02:58:00 | Springleaf Financial S, 150 Pittsburgh St Ste 22b, Uniontown, PA 15401 |
| 15373423 | + EDI: DRIV.COM | Oct 21 2021 02:58:00 | Santander Consumer Usa, Po Box 961245, Ft Worth, TX 76161-0244 |
| 15373424 | + EDI: CITICORP.COM | Oct 21 2021 02:58:00 | Sears/cbna, Po Box 6217, Sioux Falls, SD 57117-6217 |
| 15373427 | + EDI: RMSC.COM | Oct 21 2021 02:58:00 | Syncb/amazon, Po Box 965015, Orlando, FL 32896-5015 |
| 15373428 | + EDI: RMSC.COM | Oct 21 2021 02:58:00 | Syncb/ppmc, Po Box 965005, Orlando, FL 32896-5005 |
| 15373429 | + EDI: RMSC.COM | Oct 21 2021 02:58:00 | Syncb/walmart, Po Box 965024, Orlando, FL 32896-5024 |
| 15373750 | + EDI: RMSC.COM | Oct 21 2021 02:58:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15375284 | + Email/Text: electronicbkydocs@nelnet.net | Oct 20 2021 22:56:00 | U.S. Department of Education c/o Nelnet, 121 S |

| | | | |
|---|---|---|---|
| | | | 13th St, Suite 201, Lincoln, NE 68508-1911 |
| 15373435 | + EDI: BLUESTEM | Oct 21 2021 03:03:00 | Webbank/fingerhut, 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |
| 15373436 | + Email/Text: bankruptcynotice@westlakefinancial.com | Oct 20 2021 22:56:00 | Westlake Financial Svc, 4751 Wilshire Bvld, Los Angeles, CA 90010-3847 |

TOTAL: 55

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | PENNYMAC LOAN SERVICES, LLC |
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | *+ | Norwin School District, c/o Maiello Brungo & Maiello, LLP, 100 Purity Road, Suite 3, Pittsburgh, PA 15235-4441 |
| 15386705 | *+ | Aaa Debt Rec, Pob 129, Monroeville, PA 15146-0129 |
| 15386706 | *+ | Affirm Inc, 650 California St Fl 12, San Francisco, CA 94108-2716 |
| 15386707 | *+ | Avant, 222 N. Lasalle St, Chicago, IL 60601-1003 |
| 15386708 | *P++ | CAPITAL ONE, PO BOX 30285, SALT LAKE CITY UT 84130-0285, address filed with court:, Capital One Bank Usa N, 15000 Capital One Dr, Richmond, VA 23238 |
| 15386709 | *+ | Cb Indigo/gf, Po Box 4499, Beaverton, OR 97076-4499 |
| 15386710 | *+ | Ccs/first National Ban, 500 East 60th St North, Sioux Falls, SD 57104-0478 |
| 15386712 | *+ | Clearview Federal Cu, 8805 University Blvd, Coraopolis, PA 15108-4212 |
| 15386713 | *+ | Cleveland Brother, 4565 William Penn Highway, Murrysville, PA 15668-2016 |
| 15386714 | *+ | Comenity Bank/gnteagle, Po Box 182789, Columbus, OH 43218-2789 |
| 15386715 | *+ | Comenitybank/victoria, Po Box 182789, Columbus, OH 43218-2789 |
| 15386716 | * | Community Bank, Rj Sommers Operations Center, Waynesburg, PA 15370 |
| 15386717 | *+ | Credit Coll/usa, 16 Distributor Dr Ste 1, Morgantown, WV 26501-7209 |
| 15386718 | *+ | Credit Collection Serv, Po Box 607, Norwood, MA 02062-0607 |
| 15386719 | *+ | Credit One Bank Na, Po Box 98875, Las Vegas, NV 89193-8875 |
| 15386720 | * | Credit Protection Asso, One Galleria Tower, Dallas, TX 75240 |
| 15386721 | *+ | Dept Of Education/neln, Po Box 82561, Lincoln, NE 68501-2561 |
| 15386722 | *+ | Discover Fin Svcs Llc, Pob 15316, Wilmington, DE 19850-5316 |
| 15386723 | *+ | Enhanced Recovery Co L, 8014 Bayberry Rd, Jacksonville, FL 32256-7412 |
| 15386724 | *+ | Eos Cca, Po Box 981008, Boston, MA 02298-1008 |
| 15386725 | *+ | F N B Cons Disc Co, 6291 State Route 30, Greensburg, PA 15601-7597 |
| 15386711 | *P++ | FIRST SAVINGS BANK, PO BOX 5096, SIOUX FALLS SD 57117-5096, address filed with court:, Ccs/first Savings Bank, 500 East 60th St North, Sioux Falls, SD 57104 |
| 15386726 | *+ | Fairville, 4 Hillman, Chadds Ford, PA 19317-9781 |
| 15386727 | *+ | First Premier Bank, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 15386728 | *+ | I.c. System, Inc, Po Box 64378, Saint Paul, MN 55164-0378 |
| 15373408 | *+ | Internal Revenue Service, William S. Moorehead Federal Building, 1000 Liberty Avenue, Room 727, Pittsburgh, PA 15222-4107 |
| 15386731 | *+ | Internal Revenue Service, William S. Moorehead Federal Building, 1000 Liberty Avenue, Room 727, Pittsburgh, PA 15222-4107 |
| 15386730 | * | Internal Revenue Service, Insolvency Unit, PO Box 628, Pittsburgh, PA 15230 |
| 15373406 | *+ | Internal Revenue Service, Insolvency Unit, PO Box 7346, Philadelphia, PA 19101-7346 |
| 15386729 | *+ | Internal Revenue Service, Insolvency Unit, PO Box 7346, Philadelphia, PA 19101-7346 |
| 15386732 | *P++ | JEFFERSON CAPITAL SYSTEMS LLC, PO BOX 7999, SAINT CLOUD MN 56302-7999, address filed with court:, Jefferson Capital Syst, 16 Mcleland Rd, Saint Cloud, MN 56303 |
| 15386733 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Jpmcb Card, Po Box 15369, Wilmington, DE 19850 |
| 15386734 | *+ | Kashable Llc, 275 Madison Ave, New York, NY 10016-1101 |
| 15386735 | *P++ | LENDMARK FINANCIAL SERVICES, 2118 USHER ST, COVINGTON GA 30014-2434, address filed with court:, Lendmark Financial Ser, 2118 Usher St., Covington, GA 30014 |
| 15386736 | *+ | Mariner Finance, 8211 Town Center Dr, Nottingham, MD 21236-5904 |
| 15386737 | *+ | Merrick Bank Corp, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 15386738 | *+ | Moneylion Inc, Po Box 1547, Sandy, UT 84091-1547 |
| 15386740 | *+ | Onemain, Po Box 1010, Evansville, IN 47706-1010 |
| 15386741 | *+ | PA Department Of Revenue, Bankruptcy Division, PO Box 788, Harrisburg, PA 17108-0788 |
| 15386742 | * | PA Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg, PA 17128-0496 |
| 15386743 | *+ | Penn Credit Corporatio, 916 S 14th St, Harrisburg, PA 17104-3425 |
| 15386744 | *+ | Pennymac Loan Services, Po Box 514387, Los Angeles, CA 90051-4387 |
| 15386745 | * | Plain Green, 93 Mack Road Suite 600, Box Elder, MT 59521 |

| | | |
|---|---|---|
| 15386746 | *+ | Plaza Home Mtg/dovenmu, 1 Corporate Dr, Lake Zurich, IL 60047-8944 |
| 15386751 | *P++ | SPRINGLEAF FINANCIAL SERVICES, P O BOX 3251, EVANSVILLE IN 47731-3251, address filed with court:, Springleaf Financial S, 150 Pittsburgh St Ste 22b, Uniontown, PA 15401 |
| 15386748 | *+ | Santander Consumer Usa, Po Box 961245, Ft Worth, TX 76161-0244 |
| 15386749 | *+ | Sears/cbna, Po Box 6217, Sioux Falls, SD 57117-6217 |
| 15386750 | *+ | Somerset Trust Company, 151 W Main Street, Somerset, PA 15501-2068 |
| 15386752 | *+ | Syncb/amazon, Po Box 965015, Orlando, FL 32896-5015 |
| 15386753 | *+ | Syncb/ppmc, Po Box 965005, Orlando, FL 32896-5005 |
| 15386754 | *+ | Syncb/walmart, Po Box 965024, Orlando, FL 32896-5024 |
| 15386755 | *+ | Tbom/contfin, 4550 New Linden Hill Rd, Wilmington, DE 19808-2930 |
| 15386756 | * | Tbom/tfc, Po Box 13306, Virginia Beach, VA 23464 |
| 15386757 | * | Thinkcashfbd, Brandywine Commons Ii, Wilmington, DE 19803 |
| 15386758 | *+ | United Auto Credit Co, 3990 Westerley Place, Newport Beach, CA 92660-2310 |
| 15386759 | * | Usa Credit, Customer Service, Uniontown, PA 15401 |
| 15386760 | *+ | Webbank/fingerhut, 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |
| 15386761 | *+ | Westlake Financial Svc, 4751 Wilshire Bvld, Los Angeles, CA 90010-3847 |
| 15373419 | ##+ | Penn Credit Corporatio, 916 S 14th St, Harrisburg, PA 17104-3425 |

TOTAL: 1 Undeliverable, 59 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 22, 2021 Signature: /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 20, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Charles O. Zebley, Jr. | on behalf of Trustee Charles O. Zebley Jr. COZ@Zeblaw.com, PA67@ecfcbis.com;Lyndie@Zeblaw.com |
| Charles O. Zebley, Jr. | COZ@Zeblaw.com PA67@ecfcbis.com;Lyndie@Zeblaw.com |
| Jennifer L. Cerce | on behalf of Creditor Norwin School District jlc@mbm-law.net |
| Lawrence W. Willis | on behalf of Debtor Gary J. Griser ecf@westernpabankruptcy.com urfreshstrt@gmail.com;willislr88866@notify.bestcase.com |
| Lawrence W. Willis | on behalf of Joint Debtor Maria F. Griser ecf@westernpabankruptcy.com urfreshstrt@gmail.com;willislr88866@notify.bestcase.com |
| Maria Miksich | on behalf of Creditor PENNYMAC LOAN SERVICES LLC mmiksich@kmllawgroup.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |

TOTAL: 7